# Third District Court of Appeal

## State of Florida

Opinion filed March 30, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0643
Lower Tribunal No. F17-18789
_____

**Todd Watson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Lento Law Group, P.A., and Rook Elizabeth Ringer (St. Augustine), for appellant.

Ashley Moody, Attorney General, and Michael W. Mervine, Chief Assistant Attorney General, for appellee.

Before EMAS, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Watson v. State, 308 So. 3d 118 (Fla. 3d DCA 2020); Fla. R. Crim. P. 3.240.